GEORGE C. BRIGGS, AS COMMISSIONER OF HIGHWAYS, RESPONDENT, *v.* OLIVER DOUGHTY, APPELLANT.

*Encroachment on highway — certificate of jury as to — requirements of.*

In an application to compel the removal of buildings and fences, alleged to encroach on a highway, a certificate of the jury "that an encroachment in the said highway has been made" is defective, and will not authorize the entry of a judgment requiring the removal of the building. The certificate should state the particulars of the encroachment. (1 R. S. [Edmonds' ed.], 482, § 107; *Fitch* v. *Comrs. of Kirkland*, 22 Wend., 132.)

APPEAL from a judgment of the County Court of Dutchess County, affirming a judgment of the Justice's Court in favor of the plaintiff.

*C. B. Herrick*, for the appellant. *Daniel W. Guernsey*, for the respondent.

Opinion by BARNARD, P. J. TALCOTT, J., concurred.

Present — BARNARD, P. J., TALCOTT and PRATT, JJ.

Judgment of County Court reversed, with costs.